UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

FOURTH DIVISION
CIVIL ACTION NO. 00-CV-1934 ADM/AJB

Jonathon M. West,

Plaintiff,

v.

Valley Sales of Waconia, Inc.,
a Minnesota corporation,

Defendant.

**STIPULATION, ORDER FOR DISMISSAL WITH PREJUDICE AND JUDGMENT**

**STIPULATION**

The above-entitled parties, by and through their undersigned counsel, hereby stipulate and agree to dismissal of the above-noted action and any claims brought or which could have been brought therein, with prejudice and without any award of costs, disbursements, fees, or other amounts to either party, and jointly request that the Court execute the attached Order.

NICHOLS KASTER & ANDERSON

John A. Fabian, III, I.D. 13482X
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Attorneys for Plaintiff
Telephone: (612) 338-1919

Dated: 3/26/01

SEVERSON, SHELDON, DOUGHERTY AND MOLENDA, P.A.

Loren M. Solfest, I.D. 178378
Christopher A. Grove, I.D. 229052
Matthew R. Zahn, I.D. 289000
7300 West 147th Street, Suite 600
Apple Valley, Minnesota 55124-7580
Attorneys for Defendant
Telephone: (952) 432-3136

Dated: 3/30/01

APR 16 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 16 2001
DEPUTY CLERK

## ORDER

Upon stipulation of the parties, by and through their counsel, it is hereby ordered that this action and the claims brought or which could have been brought herein, are dismissed with prejudice forthwith and without any award of costs, disbursements, fees or any other sums to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: April 13, 2001

United States District Court Judge
**Ann D. Montgomery**

THE FOREGOING CONSTITUTES JUGDMENT OF THE COURT.

Dated: ____________________

____________________
Clerk of Court

*e:\King\litigation\Valley Sales (Waconia) v. West\stip_order dismiss prej_judgment*